Samuel Sternberg, appellant, v. McLean Tire & Rubber Company, appellee.　Gen. No. 26,642.

Suit for commissions upon sale of automobile tires.　Judgment for defendant.　Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding.　Heard in the Branch Appellate Court at the October term, 1920.　Affirmed.　Opinion filed November 29, 1921.

Andalman, Kostner & Arvey, for appellant; Maxwell N. Andalman, of counsel.　John J. Symes, for appellee; J. W. Smith, of counsel.

Mr. Justice Morrill delivered the opinion of the court.